ACCEPTED
12-15-00169CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/31/2015 4:17:18 PM
CATHY LUSK
CLERK

NO. 12-15-00169-CV

IN THE COURT OF APPEALS

TWELFTH APPELLATE DISTRICT OF TEXAS
AT TYLER

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/31/2015 4:17:18 PM
CATHY S. LUSK
Clerk

EARL ANDERSON, CARRIE BELL SCOTT, SHARON ANDERSON,
EVANCE ANDERSON, BILL BURTON, WILLIE MAE ANDERSON
AND JERRY J. ANDERSON (SMITH),
Appellants,

V.

ROBERT LOUIS DURHAM AND FRANK L. ZELLERS, III,
Appellees

_____

On appeal from the 173rd District Court
Henderson County, Texas
Trial Court No. 2012A-0662

_____

APPELLANTS' SUPPLEMENT TO APPELLANTS' BRIEF

_____

COME NOW APPELLANTS, EARL ANDERSON, ET AL, and file their supplement to Appellants' Brief as follows:

**CERTIFICATE OF COMPLIANCE**

Certificate of Compliance with Type-Volume Limitation,

Typeface Requirements, and Type-Style Requirements

1.      This brief complies with the type-volume limitation of TEX. R. APP. P 9.4(i)(3) because

[x]    this brief contains _____2181__ words, excluding the parts of the brief exempted by TEX. R.  APP. P., or

2.     This brief complies with the page requirements of TEX. R. APP. P. 9.4(i)(2) because:

[x]    this brief contains 10 pages.

Respectfully submitted,

*Lana Johnson*
_____
**LANA JOHNSON**
**Texas Bar No. 10763650**
**P. O. Box 816325**
**Dallas, TX  75381-6325**
**Tel. (903) 646-0672**
**Fax. (866) 447-7148**
**Attorney for Appellants**

## CERTIFICATE OF SERVICE

I certify that on August 30, 2015 a true and correct copy of SUPPLEMENT TO APPELLANT'S BRIEF was served by e-mail on the Cope Law Firm.

*Lana Johnson*
_____
LANA JOHNSON